1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS J. BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   douglas_beevers@fd.org
5
   Attorney for Defendant
6  Hector Lares

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:16-cr-192-TLN
                                       )
11                  Plaintiff,         )  STIPULATION AND ORDER TO CONTINUE
                                       )  STATUS CONFERENCE, AND TO EXCLUDE
12          vs.                        )  TIME
                                       )
13  HECTOR LARES,                      )   Date:   November 17, 2016
                                       )   Time: 9:30 A.M.
14                  Defendant.         )   Judge: Hon. Troy L. Nunley
                                       )
15  _____   )

16

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel, Acting U.S. Attorney Phillip A. Talbert,  through Assistant United States

19  Attorney Katherine Lydon,  attorney for Plaintiff and Federal Defender Heather Williams,

20  through Assistant Federal Defender Douglas J. Beevers, attorney for defendant Hector Lares that

21  the previously-scheduled status conference date of November 17, 2016 be vacated and the matter

22  be set for status conference on January 5, 2017 at 9:30 a.m.

23          The parties need additional time to obtain and review the deportation tapes to determine

24  whether the deportation hearing complied with due process.

25          Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

26  excluded of this order's date through and including January 5, 2017;  pursuant to 18 U.S.C.

27  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

28

1   based upon continuity of counsel and defense preparation.

2          Counsel and the defendant also agree that the ends of justice served by the Court granting

3   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

4                                              Respectfully submitted,

5   Dated:  October 28, 2016                   HEATHER E. WILLIAMS
                                               Federal Defender
6

7                                              */s/ Douglas J. Beevers*
                                               DOUGLAS J. BEEVERS
                                               Assistant Federal Defender
8                                              Attorney for Defendant
                                               Hector Lares
9

10  Dated: October 28, 2016                    Phillip A. Talbert
                                               Acting United States Attorney
11

12                                             */s/ Douglas J. Beevers for*
                                               KATHERINE LYDON
                                               Assistant U.S. Attorney
13                                             Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2    IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3    stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as

4    its order. The Court specifically finds the failure to grant a continuance in this case would deny

5    counsel reasonable time necessary for effective preparation, taking into account the exercise of

6    due diligence.  The Court finds the ends of justice are served by granting the requested

7    continuance and outweigh the best interests of the public and defendant in a speedy trial.

8    The Court orders the time from the date the parties stipulated, up to and including

9    January 5, 2017, shall be excluded from computation of time within which the trial of this case

10    must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11    and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It

12    is further ordered the November 17, 2016 status conference shall be continued until January 5,

13    2017, at 9:30 a.m.

14    Dated: October 28, 2016

15

16    Troy L. Nunley
      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28